**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SPOLETO CORPORATION,

                  Plaintiff,

-against-                                       21 **CIVIL** 5407 (PAE)

## **JUDGMENT**

ETHIOPIAN AIRLINES GROUP a/k/a
ETHIOPIAN AIRLINES ENTERPRISE,

                  Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2022, Ethiopian's motion to dismiss is granted in full; accordingly, the case is closed.

**Dated:** New York, New York

      February 3, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                    **BY:**       *K. Mango*

                                                          **Deputy Clerk**